**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Jesse JOHNSON, Defendant—**
**Appellant.**

No. 08–8442.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 23, 2009.

Decided: July 27, 2009.

Jeffrey Kentucky, Attorney, Attorney, M. Brandt, Robinson & Brandt, P.S.C., Covington, for Appellant. Dana J. Boente, Acting United States Michael C. Vasiliadis, Special Assistant United States Alexandria, Virginia, for Appellee.

Before WILKINSON and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jesse Johnson appeals the district court's order granting his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). Johnson asserts on appeal that the district court erred in declining to sentence him below the amended Guidelines range for crack cocaine offenses, contending that a lower sentence would be permitted by *Kimbrough v. United States,* 552 U.S. 85, 128 S.Ct. 558, 169 L.Ed.2d 481 (2007), and *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005). However, this argument is foreclosed by this court's decision in *United States v. Dunphy,* 551 F.3d 247, 257 (4th Cir.), *cert. denied,* —— U.S. ——, 129 S.Ct. 2401, 173 L.Ed.2d 1296 (2009). Accordingly, we affirm the order of the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*